**ELI LILLY AND COMPANY, Plaintiff–Appellee,**

v.

**TEVA PHARMACEUTICALS USA, INC., Defendant–Appellant.**

**No. 2009–1322.**

United States Court of Appeals, Federal Circuit.

Sept. 29, 2009.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42(b).